# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–23004 – MMH**   Chapter: **13**

**Nkiambi Jean Lema**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 29 – Motion for Relief from Stay and Notice of Motion Re: 230 E. 25th Street and 3605 Blair Avenue. Fee Amount $181. Notice Served on 5/28/2019, Filed by Worthington Alternative Capital, LLC. Objections due by 06/11/2019. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 07/18/2019 at 10:00 AM – Courtroom 9–C. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Index # 6 Notice of Motion) (Heyman, Gordon)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 6/12/19.**

**Incorrect objection date provided on Notice of Motion.**

CURE: Please file amended Notice of Motion providing correct objection date with Certificate of Service to all affected parties.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/29/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Calton Brown
(301) 344–0407

cc:   Debtor
      Attorney for Debtor – Kim D. Parker

defntc (rev. 12/12/2016)